Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESCARENO,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE EVANS, Warden,<br><br>    Respondent. | Case No. CV 05-5579 JVS(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: September 17, 2008

/s/ James V. Selna

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE